IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARLOS LINDSEY,

    Plaintiff,

v.

LARRY PRIMMER, et al.

    Respondents.

ORDER

Case No. 16-cv-614-jdp

---

On October 3, 2016, plaintiff Carlos Lindsey was assessed $0.47 as initial partial payments of the $350 filing fees for cases 16-cv-613-jdp and 16-cv-614-jdp. On October 19, 2016, the court received from plaintiff a check in the amount of $0.51, of which $0.47 was applied as the initial partial payment in case 16-cv-613-jdp. The remainder of $0.04 was applied toward the initial partial payment of the 16-cv-614-jdp case. Plaintiff still owes $0.43 of the $0.47 initial partial filing fee in case 16-cv-614-jdp. Plaintiff, however, requests that the court accept the $0.51 payment as the initial partial payment for both cases, 16-cv-613-jdp and 16-cv-614-jdp. (Dkt. #5.). Plaintiff's request will be granted.

The court will accept the $0.04 amount as the initial partial payment in case 16-cv-614-jdp and will proceed with screening of his complaint under 28 U.S.C. § 1915(A). Plaintiff should be aware that he still owes the full $350 fee for filing each case and that the remaining balance of the $350 filing fees will be collected and sent to the court in installments of 20% of the preceding month's income in accordance with § 1915(b)(2).

ORDER

IT IS ORDERED that,

1. Plaintiff Carlos Lindsey's $0.04 payment for case 16-cv-614-jdp is accepted as the initial partial payment of the $350 filing fee for filing that case.

2. No further action will be taken in this case until the court has screened the complaint as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, a separate order will issue.

Entered this 26th day of October, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge